THOMAS M. HERLIHY (SBN 83615)
SEAN P. NALTY (SBN 121253)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendant
FIDELITY & GUARANTY LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BIONCIA FRAYER,

          Plaintiff,

    v.

FIDELITY & GUARANTY LIFE
INSURANCE COMPANY and DOES ONE
through FIFTY, inclusive,

          Defendants.

Case No.: C05-05179 SC

**STIPULATION OF THE PARTIES
CONTINUING THE NOVEMBER 17, 2006
CASE MANAGEMENT CONFERENCE;
ORDER**

1    A Court ordered Case Management Conference currently is scheduled in this matter for

2   November 17, 2006.  Counsel for plaintiff Bionca Frayer ("plaintiff"), Robert Campbell, Esq.,

3   has requested that this Case Management Conference be moved due to the death of his father.

4   Mr. Campbell will be attending services for his father on November 17, 2006.

5    Accordingly, plaintiff and defendant Fidelity & Guaranty Life Insurance Company

6   ("defendant") hereby stipulate that the Case Management Conference, currently scheduled for

7   November 17, 2006 in this matter, can be moved to December 8, 2006 at 10:00 a.m. in

8   Courtroom 1.

9   IT IS SO STIPULATED

10                              LAW OFFICE OF ROBERT F. CAMPBELL

11

12   Date: November___, 2006        By_____/s/_____
                                           Robert F. Campbell
13                                          Attorneys for Plaintiff
                                           BIONCA FRAYER
14

15

16                              KELLY, HERLIHY & KLEIN LLP

17   Date: November___, 2006        By_____/s/_____
                                           Sean P. Nalty
18                                          Attorneys for Defendant
19                                      FIDELITY & GUARANTY LIFE
                                           INSURANCE COMPANY
20

21                                   **ORDER**

22    Based on the good cause appearing, and the stipulation of the parties, the Court hereby

23   orders that the Case Management Conference in this matter, currently scheduled for November

24   17, 2006 at 10:00 a.m., is moved to December 8, 2006 at 10:00 a.m. in Courtroom 1.

25   IT IS SO ORDERED

26

27   Date:___11/14_____, 2006

28                              UNITED                    JUDGE

                                 IT IS SO ORDERED

                                 Judge Samuel Conti

                             -1-
                    STIPULATION OF THE PARTIES
                                          CASE NO. C05-05179 SC