1  THOMAS M. HERLIHY (SBN 83615)
   SEAN P. NALTY (SBN 121253)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
   San Francisco, CA 94104-4798
3  Tel.: (415) 951-0535
   Fax: (415) 391-7808
4  E-mail: nalty@kelher.com

5

6  Attorneys for Defendant
   FIDELITY & GUARANTY LIFE
   INSURANCE COMPANY
7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 BIONCIA FRAYER,                    )   Case No.: C05-05179 SC
                                      )
12             Plaintiff,             )   **SUBSTITUTION OF ATTORNEY**
                                      )
13       v.                           )
                                      )
14 FIDELITY & GUARANTY LIFE           )
   INSURANCE COMPANY and DOES ONE     )
15 through FIFTY, inclusive,          )
                                      )
16                                    )
               Defendants.            )
17

18

19

20

21

22

23

24

25

26

27

28

---

SUBSTITUTION OF ATTORNEY

CASE NO. C05-05179 SC

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant, Fidelity & Guaranty Life Insurance Company, hereby substitutes counsel as follows:

1. Former legal representative:

   Kelly, Herlihy & Klein, LLP

2. **New legal representative:**

   Sean P. Nalty, Esq. (SBN 121253)
   Wilson, Elser, Moskowitz, Edelman & Dicker
   525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
   Tel: (415) 433-0990
   Fax: (415) 434-1370

3. The party making this substitution is defendant, Fidelity & Guaranty Life Insurance Company.

4. I consent to this substitution.

Dated: February 23, 2007    CYNTHIA MASKOUM    Fidelity & Guaranty Life Ins. Co
(Print Name)                (Signature of party)

5. I consent to this substitution.

Dated: February 23, 2007    Thomas M. Herlihy
(Print Name)                (Signature of former attorney)

-1-
SUBSTITUTION OF ATTORNEY
CASE NO. C05-05179 SC

1
2  6.    I am duly admitted to practice in this District and accept this substitution.
3
4  Dated: February __, 2007    *Sean P. Nalty*    /s/ Sean P. Nalty
                                       (Print Name)         (Signature of new attorney)
5
6
7
8  **Substitution of Attorney is hereby approved**
9
10  Date: __2/28__, 2007
11                                     UNITED STATES DISTRICT JUDGE
12
13
14
15  E:\25230\P24.doc

IT IS SO ORDERED
/s/ Samuel Conti
Judge Samuel Conti

-2-
SUBSTITUTION OF ATTORNEY
CASE NO. C05-05179 SC