Robert F. Campbell (CSBN 136153)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 835-1948
Facsimile:  (510) 835-2418
E-mail      bobcampbell7@earthlink.net

Attorney for Plaintiff
Bionca Frayer

Sean P. Nalty (State Bar No. 121253)
Wilson, Elser, Moskowitz, Edelman,
& Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone: (415) 433-0990
Facsimile:  (415) 434-1370

Attorneys for Defendant
Fidelity & Guarantee Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIONCA FRAYER<br><br>        Plaintiff,<br><br>    vs.<br><br>FIDELITY & GUARANTEE<br>LIFE INSURANCE COMPANY<br><br>        Defendant<br>_____ / | No.   C 05-05179 SC<br><br>STIPULATION FOR<br>DISMISSAL AND ~~PROPOSED~~<br>ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that this action is DISMISSED in its entirety with prejudice.

IT IS SO STIPULATED.

Dated:  June 25, 2007              _____
                                    Robert F. Campbell
                                    Attorney for Plaintiff
                                    Bionca Frayer

Stipulation for Dismissal and Proposed Order, Case No. C 05-05179 SC                         1

Dated: June 25, 2007      Wilson, Elser, Moskowitz, Edelman,
                                       & Dicker LLP

                                       Sean P. Nalty
                                       Attorneys for Defendant
                                       Fidelity & Guarantee Life Insurance Company

IT IS SO ORDERED

Dated: 6/29/07

The Honorable [signature: Samuel Conti]
UNITED STATES DISTRICT COURT JUDGE

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED / Judge Samuel Conti"]*

Stipulation for Dismissal and Proposed Order, Case No. C 05-05179 SC       2